UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 25 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Terrell Jones

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lt. Dahmen #188; Sgt. Krauskopf #895
C/o Hawkins, C/o Monroe, C/o Harris,
C/o Phipps, C/o Scott, C/o Micas
C/o Diaz
Sheriff Sheenan
"Et al."

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV586
JUDGE HART
MAG. JUDGE BROWN

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ ____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Terrell Jones

B. List all aliases: Tyrone Marshell

C. Prisoner identification number: 20070057770

D. Place of present confinement: Department of Corrections Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Lt. Dahmen #188

   Title: Lieutenant

   Place of Employment: Cook County Dept. of Corrections

B. Defendant: Sgt. Krauskopf #895

   Title: Sergeant

   Place of Employment: Cook County Dept. of Corrections

C. Defendant: (C.o.) Harris

   Title: Corrections Officer

   Place of Employment: Cook County Dept. of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2A

Revised: 7/20/05

II Defendants (cont.)

    D. Defendant: (CO) Hawkins
       Title: Corrections officer
       Place of Employment: Cook County Dept. of Corrections

    E. Defendant: (CO) Monroe
       Title: Corrections officer
       Place of Employment: Dept. of Corrections (Cook County)

    F. Defendant: (CO) Phipps
       Title: Corrections officer
       Place of Employment: Cook County Dept. of Corrections

    G. Defendant: (CO) Scott
       Title: Corrections officer
       Place of Employment: Dept. of Corrections (Cook County)

    H. Defendant: (CO) Michas
       Title: Corrections officer
       Place of Employment: Cook County Dept. of Corrections

    I. Defendant: (CO) Diaz
       Title: Corrections officer
       Place of Employment: Cook County Dept. of Corrections

    J. Defendant: Sheriff Sheenan
       Title: Deputy Sheriff
       Place of Employment: Cook County Dept of Corrections

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is YES:

1. What steps did you take?
I filed a grievance with social worker Ms. Richardson in Division 10 where I was transfered to from Division 11 where inccident happened after I came back from J. Stroger Hospital.

2. What was the result?
I recieved a form of repouse and refferal signed by Higher official stating reffered to internal affairs Dept. and that the case was being investigated.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
No appeal was filed.

D. If your answer is NO, explain why not:
I was sentenced on my case and immediatly transfered to I-DOC. for my prison term so I couldn't. But I did give social worker home address for a contact if so needed to be reached yet, No response.

3

Revised: 7/20/05

E.     Is the grievance procedure now completed?   YES (X)   NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.     If your answer is **YES**:

    1.     What steps did you take?

    2.     What was the result?

H.     If your answer is **NO**, explain why not:

4

Revised: 7/20/05

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

    A. Name of case and docket number: _____
_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D. List all defendants: _____
_____
_____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
_____

    G. Basic claim made: _____
_____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

## V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept. 16th 2005 at 9:30pm while being a detainee in C.C.J. Div. 11 Tier AD-Cell Lower 10 I Terrell Jones was in segregation and was out for my hour out of my cell along with cells Lower 11 & 12. When about 11-14 other inmates who had jammed their cell doors to come out unauthorized by officers were all in Lower 3 cell came out to attack me with "Shanks" These are man-made sharpened metal objects from the light fixtures and or metal rods taken out of the chuck holes of the cell doors. In fighting for my life the other inmates from cells 11 & 12, whose names are Tyriul Smith and Terrance Scroggins (from cell 12) tried to circle me cause I was covered by this mob into the bathroom and shower. They also finally got the attention of the officers who were all in the hallway out of site. including the C.O./Mickas who was working our tier. I Suffered lacerations and punctured wounds, about my arms, head, shoulders and through my left hand. When officers Hawkins and Monroe came on the tier all the inmates ran back into their cells and started to "flush" the objects down the toilets ~~for disposal~~ as other officers responded. I was laying on the floor covered in blood and injured but the officers came running in and began punching, kicking, and stomping on me. All the while "I'm stating

(continued to next page)

(6A)

Revised: 7/20/05

"I'm the Victim" and "I'm injured". Other inmates were yelling out of their cells the same thing. The officers then started yelling stop resisting, but How was I, when I Had a knee in my Neck, my injured arm twisted, Officer Michas Standing and stomping on my left Hand, Officer Phipps punching me in my face while other officers are pounding about me excessively. Lt. Dahmen started to yell "the Nurses are Here, Nurses Here." Then Sgt. Krauskopf started yelling "Nurse on Deck" repeatedly, All the while I'm saying I can't breath, I'm Not resisting, I'm gon sue. The officers saying How much you want, counting 1 million, 2 million, As the continued to punch me. The Sgt. Krauskopf Had to Physically Run over and push c/o Diaz, c/o Scott, Phipps, Harris etc. all of them off me, Saying the Nurses Are out their. I was then allowed to be Seen by Nurse, Taken to dispensary then to Cermak, then to John Stroger County Hospital myself, Scroggins who suffered a fractured wrist or Thumb, and 2 of the attackers. But Before taken to Cermak I was interviewed by Dectectives who were trying to convince me I couldn't sue or press charges cause He claims I was out when it wasn't my Hour. He checked the officers log sheet but in fact the officer Had let cell Before stay out a 1 hour extra, then let out my cell 10 & 11. Cell 12 were His workers so they were allowed out. I didn't receive a ticket for being out. One week before this D-Tier was shook down and searched by officers they found numerous of sharpened, and unsharpened metal also tumored doors. including Broken Light fixtures in cells where the metals come from and some Inmates recieved tickets. But the Lights were not fixed. For further prevention of destruction to get more metal from them.

7                                                    Revised: 7/20/05

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I feel that I should be compensated for the mental, emotional and physical injury I suffered while in custody.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of December, 2007

_Terrell Jones_
(Signature of plaintiff or plaintiffs)

Terrell Jones
(Print name)

2007 0057770
(I.D. Number)

Terrell Jones
Div. 11 CJ - P.O. Box 089002
Chicago, IL 60608
(Address)

Home address: Terrell Jones
4528 S. Lawyer
Chgo IL. 60638

6    Revised 9/2007