FILED
JAN 2 5 2008 *aew*
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Terrell Jones

v.

Defendant(s) Lt. Dahmen #188; Sgt. Krauskopf #895;
c/o Harris; c/o Hawkins; c/o Monroe; c/o Phipps;
c/o Scott; c/o Michas; c/o Diaz "et al"
Sheriff Sheenan

08CV586
JUDGE HART
MAG. JUDGE BROWN

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Terrell Jones, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have sent letters to: Thomas Peters and also Kevin Peters at 407 S. Dearborn Suite 1735, Chgo, IL. 60605; Thomas G. Morrissey at 10249 S. Western Ave, Chgo, IL 60643;

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Terrell Jones_
Movant's Signature

1-02-08
Date

4528 S. Lawler
Street Address

Chicago, IL. 60638
City, State, ZIP