*original copy* KHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

HP

**RECEIVED**

JAN 2 5 2008 *aew*
1-2-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Terrell Jones*

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Lt. Dahmen #188; Sgt. Krauskopf #815*

*C/o Hawkins, C/o Monroe, C/o Harris,*

*C/o Phipps, C/o Scott, C/o Micas*

*C/o Diaz*

*Sheriff Sheenan*

*"Et aL."*

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**08CV586**
**JUDGE HART**
**MAG. JUDGE BROWN**

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ _____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

Revised: 7/20/05

A. Name: _Terrell Jones_

B. List all aliases: _Tyrone marshell_

C. Prisoner identification number: _20070057770_

D. Place of present confinement: _Department of Corrections Cook County Jail_

E. Address: _P.O. Box 089002 Chicago IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _Lt. Daltmen #188_

Title: _Lieutenant_

Place of Employment: _Cook County Dept. of Corrections_

B. Defendant: _Sgt. Krauskopf #895_

Title: _Sergeant_

Place of Employment: _Cook County Dept. of Corrections_

C. Defendant: _(CO.) Harris._

Title: _Corrections officer_

Place of Employment: _Cook County Dept. of corrections_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**2A**

II Defendants (cont.)

    D. Defendant: (CO) Hawkins

    Title: Corrections officer

    Place of Employment: Cook County Dept. of Corrections

  E. Defendant: (CO) Monroe

    Title: Corrections officer

    Place of Employment: Dept. of Corrections (Cook county)

  F. Defendant: (CO) Phipps

  Title: Corrections officer

    Place of Employment: Cook County Dept. of Corrections

  G. Defendant: (CO) Scott

  Title: Corrections officer

    Place of Employment: Dept. of Corrections (Cook county)

  H. Defendant: (CO) Michas

    Title: Corrections officer

  Place of Employment: Cook County Dept. of Corrections

  I. Defendant: (CO) Diaz

    Title: Corrections officer

    Place of Employment: Cook County Dept. of Corrections

  J. Defendant: Sheriff Sheenan

    Title: Deputy Sheriff

    Place of Employment: Cook County Dept of Corrections

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I 7iled a grievance with social worker Ms. Richardson in Division 10 where I was transfered to from Division 11 where incident happened after I came back from J. Stroger Hospital.

2.    What was the result?

I recieved a form 07 repouse and re77eral signed by Higher o77icial stating re77ered to internal a77airs dept. and that the case was being investigated.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

NO appeal was 7iled.

D.    If your answer is **NO**, explain why not:

I was sentenced on my case and immediatly transfered to I-DOC. For my prison term so I couldn't. But I did give social worker Home address for a contact i7 so needed to be reached yet. No response.

3

E.    Is the grievance procedure now completed?  YES (X)  NO (  )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (  )  NO ( .)

G.    If your answer is **YES**:

      1.    What steps did you take?

      _____

      _____

      _____

      2.    What was the result?

      _____

      _____

      _____

H.    If your answer is **NO**, explain why not:

_____

_____

_____

4

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made:_____

_____

_____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised:  7/20/05

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.  (Use
as much space as you need.  Attach extra sheets if necessary.)

On Sept. 16th 2005 at 9:30pm while being a detainee in C.C.J. Div. 11 Tier
AD. Cell Lower 10 I Terrell Jones was in segregation and was out for my hour
out of my cells along with cells Lower 11 & 12. When about 11-14 other inmates
who Had Jammed their cell doors to come out Unauthorized by officers
were all in Lower 3 cell came out to attack me with "Shanks". These
are. Man-Made Sharpened metal objects from the Light Fixtures and
or metal rods taken out of the Chuck Holes of the cell doors. I. I
Fighting for my Life. the other inmates from Cells 11 & 12, Whose Names
are Tyrus Smith and Terrance Scroggins (from Cell 12) tried to circle me cause
I was Conered by this mob into the bathroom and Shower. They
Also finally got the attention of the Officers who were all in
the Hallway out of site. including the co/ michas who was working
our tier. I Suffered Lacerations and punctured wounds, About my
arms, Head, Shoulders and through my left Hand. When officers
Hawkins and Monroe came on the tier all the inmates ran back into
their cells and started to 'flush' the objects down the toilets ~~for disposal~~
as other officers responded I was Laying on the floor Covered in blood
and injured but the Officers came running in and began
Punching, Kicking and Stamping on Me, all the while "I'm Stating

(continued to Next Page)

( 6 A )

Revised:  7/20/05

"I'm the Victim" and "I'm injured". Other inmates were yelling out of their cells the same thing. The officers then started yelling stop resisting, but how was I when I had a knee in my neck, my injured arm twisted, officer Michas standing and stomping on my left hand, officer Phipps punching me in my face while other officers are pounding about me excessively. Lt. Dattmen started to yell, "the Nurses are Here, Nurses Here". Then Sgt. Krauskopf started, "yelling Nurse on Deck" repeatedly, all the while I'm saying I can't breath I'm not resisting, I'm gon sue. The officers saying how much you want, counting 1 million, 2 million, as they continued to punch me. The Sgt. Krauskopf had to physically run over and push Diaz, C/o Scott, Phipps, Harris etc. all of them off me. saying the Nurses are out their. I was then allowed to be seen by Nurse, Taken to dispensary then to Cermak, then to John Strager County Hospital myself, Scroggings who suffered a fractured wrist or Thumb, and 2 of the attackers. But Before taken to Cermak, I was interviewed by Dectectives who were trying to convince me I couldn't sue or press charges cause He claims I was out when it wasn't my hour. He checked the officers log sheet but in fact the officer had let cell before stay out a 1 hour extra, then let out my cell 10 & 11. Cell 12 were His workers so they were allowed out. I didn't receive a ticket for being out. One week before this D-Tier was shook down and searched by officers they found numerous of sharpened, and unsharpened metal. Also bowed doors. including Broken Light Fixtures in cells where the metals came from and some inmates recieved tickets. But the Lights were not fixed. For further prevention of destruction to get more metal from them.

Revised: 7/20/05

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I feel that I should be compensated for the mental, emotional and physical injury I suffered while in custody.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _16th_ day of _December_, 20_07_

_Terrell Jones_
(Signature of plaintiff or plaintiffs)

_Terrell Jones_
(Print name)

_2007 0057770_
(I.D. Number)

_Terrell Jones_

_Div 1L CJ.  P.O. Box 089002_

_Chicago, IL 60608_
(Address)

_Home address: Terrell Jones_
_4528 S. Lawler_
_Chgo IL. 60638_