UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRELL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 586 |
| v. | ) | |
| | ) | Honorable Judge |
| LT. DAHMEN #188, et. al., | ) | William T. Hart |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To: Terrell Jones
#2007-0057770
P.O. Box 089002
Chicago, Illinois 60608

PLEASE TAKE NOTICE that on June 4, 2008, at 11:00 a.m., I shall appear before the Honorable Judge William T. Hart in the courtroom usually occupied by him in Room 2243 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants Motion to Dismiss Plaintiff's Complaint.*

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ *Paul W. Groah*_____
Paul W. Groah
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Il 60602
(312) 603-5147

### CERTIFICATE OF SERVICE

I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 28, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

/s/ *Paul W. Groah*___
Paul W. Groah