# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Terrell Jones | 08C586 08cv586 |
| DEFENDANT | TYPE OF PROCESS |
| Lt. Dahment, et al. | Alias S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Correctional Officer Monroe, Cook County Department of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

C.C.J., C/O Legal Dept., 2700 S. California Ave., 2nd. Flr., Div. 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terrell Jones, #2007-0057770
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 06-23-08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 of 2 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk Td | Date 06-23-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 7/10/08 | Time 12:00 pm |
|---|---|---|
| NOT SERVED | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 6.79 | 0 | 102.79 | 0 | 102.79 | 0 |

REMARKS: Need more information on officer Monroe ex/Badge number or First name.

1-DUSM   14-miles
2-Hours

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

TO: __Terrell Jones__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Correctional Officer Monroe__ acknowledge receipt of your request that I waive
(DEFENDANT NAME)
service of summons in the action of __Terrell Jones vs. Lt. Dahment, et al.__
(CAPTION OF ACTION)
which is case number __08C586__ in the United States District Court for the
(DOCKET NUMBER)
__Northern District of Illinois__ .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __June 23, 2008__
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____        _____
DATE                        SIGNATURE

Printed/Typed Name: _____

As _____ of _____
   TITLE                    CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

### ALIAS SUMMONS IN A CIVIL ACTION

Terrell Jones

Vs.

CASE NUMBER: 08 C 586
JUDGE: Hart

Lt. Dshmen, et al

TO:   Cook County Jail Officers:
1. Officer Monroe

2. Officer Harris

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon pro se plaintiff:

Terrell Jones
#2007-0057770
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: ___/s/_____
V. Jones, Deputy Clerk

Dated: June 18, 2008

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate appropriate method of service:

[ ] Served personally upon the defendant. Place where served: _____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

*original copy* HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HP.

*Terrell Jones*

**FILED**
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**
JAN 25 2008
1-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Lt. Dallmen #188; Sgt. Krauskopf #85*
*C/o Hawkins, C/o Monroe, C/o Harris,*
*C/o Phipps, C/o Scott, C/o Micas*
*C/o Diaz*
*Sheriff Sheenan*
*"Et al."*

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**08CV586**
**JUDGE HART**
**MAG. JUDGE BROWN**

Case No: _____
(To be supplied by the Clerk of this Court)

RECEIVED
UNITED STATES MARSHAL
2008 JUN 23 PM 4:17
NORTHERN DIST. OF IL.
ADMINISTRATIVE-SECTION

**CHECK ONE ONLY:**

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1. Plaintiff(s):

Revised: 7/28/05

A. Name: Terall Jones

B. List all aliases: Tyrone marshall

C. Prisoner identification number: 20070057770

D. Place of present confinement: Department of Corrections Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Lt. Dahmen #188

Title: Lieutenant

Place of Employment: Cook County Dept. of Corrections

B. Defendant: Sgt. Krauskopf #995

Title: Sergeant

Place of Employment: Cook County Dept. of Corrections

C. Defendant: (C.O.) Harris

Title: Corrections Officer

Place of Employment: Cook County Dept. of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2A

Revised: 7/20/05

II Defendants (cont.)

D. Defendant: (CO) Hawkins
Title: Corrections officer
Place of Employment: Cook County Dept. of Corrections

E. Defendant: (CO) Monroe
Title: Corrections officer
Place of Employment: Dept. of Corrections (Cook county)

F. Defendant: (CO) Phipps
Title: Corrections officer
Place of Employment: Cook County Dept. of Corrections

G. Defendant: (CO) Scott
Title: Corrections officer
Place of Employment: Dept. of Corrections (Cook County)

H. Defendant: (CO) Michas
Title: Corrections officer
Place of Employment: Cook County Dept. of Corrections

I. Defendant: (CO) Diaz
Title: Corrections officer
Place of Employment: Cook County Dept. of Corrections

J. Defendant: Sheriff Sheenan
Title: Deputy Sheriff
Place of Employment: Cook County Dept of Corrections

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is YES:

1. What steps did you take?
I filed a grievance with social worker Ms. Richardson in Division 10 where I was transfered to from Division 11 where incident happened after I came back from J. Stroger Hospital.

2. What was the result?
I recieved a form of repouse and refferal signed by Higher Official stating reffered to internal affairs Dept. and that the case was being investigated.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
No appeal was filed.

D. If your answer is NO, explain why not:
I was sentenced on my case and immediately transfered to IDOC. for my prison term so I couldn't. But I did give social worker Home address for a contact if so needed to be reached yet, No response.

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

 1. What steps did you take?

 _____
 _____
 _____

 2. What was the result?

 _____
 _____
 _____

H. If your answer is NO, explain why not:

 _____
 _____
 _____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: _____
_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D. List all defendants: _____
_____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
_____

    G. Basic claim made: _____
_____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept. 16th 2005 at 9:30pm while being a detainee in C.C.J. Div. 11 Tier 4D Cell Lower 10 I Terrell Jones was in segregation and was out for my hour out of my cell along with cells Lower 11 & 12. When about 11-14 other inmates who had jammed their cell doors to come out unauthorized by officers were all in Lower 3 cell came out to attack me with "Shanks". These are man-made sharpened metal objects from the light fixtures and or metal rods taken out of the chuck holes of the cell doors. In fighting for my life the other inmates from cells 11 & 12, whose names are Tyrial Smith and Terrance Scroggins (from cell 12) tried to aide me cause I was covered by this mob into the bathroom and shower. They also finally got the attention of the officers who were all in the hallway out of site, including the C.o/ Michas who was working our tier. I suffered lacerations and punctured wounds, about my arms, head, shoulders and through my left hand. When officers Hawkins and Monroe came on the tier all the inmates ran back into their cells and started to flush the objects down the toilets for disposal. As other officers responded I was laying on the floor covered in blood and injured but the officers came running in and began punching, kicking, and stamping on me. All the while I'm stating

(continued to next page)

(5A)                                                                 Revised: 7/20/05

"I'm the Victim" and "I'm injured." Other inmates were yelling out of their cells the same thing. The officers then started yelling stop resisting, but How was I, when I had a knee in my neck, my injured arm twisted, officer Michas standing and stomping on my left hand, officer Phipps punching me in my face while other officers are pounding about me excessively. Lt. Dahmen started to yell, "the Nurses are Here, Nurses Here." Then Sgt. Krauskopf started yelling "Nurse on Deck" repeatedly, All the while I'm saying I can't breath, I'm not resisting, I'm gon sue. The officers saying How much you want, counting 1 million, 2 million, as the continued to punch me. The Sgt. Krauskopf had to Physically run over and push c/o Diaz, c/o Scott, Phipps, Harris etc. all of them off me. saying the nurses are out their. I was then allowed to be seen by Nurse, Taken to dispensary then to Cermak, then to John Stroger County Hospital myself, Scroggins who suffered a fractured wrist or thumb, and 2 of the attackers. But Before taken to Cermak I was interviewed by detectives who were trying to convince me I couldn't sue or press charges cause He claims I was out when it wasn't my hour. He checked the officers log sheet but in fact the officer had let cell be Fore. Stay out a 1 hour extra, then let out my cell 10 & 11. Cell 12 were His workers so they were allowed out. I didn't receive a ticket for being out. One week before this a D-Tier was shook down and searched by officers they found numerous of sharpened and unsharpened metal. Also h moved doors. including broken Light Fixtures in cells where the metals come from and some Inmates recieved tickets. But the Lights were not Fixed. For further prevention of destruction to get more metal from them.

7                                                                 Revised: 7/20/05

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I feel that I should be compensated for the mental, emotional and physical injury I suffered while in custody.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of December, 2007

*Terrell Jones*
(Signature of plaintiff or plaintiffs)

Terrell Jones
(Print name)

2007 0057770
(I.D. Number)

Terrell Jones
Div. 1h C.J. P.O. Box 089002
Chicago, IL 60608
(Address)

Home address: Terrell Jones
4528 S. Lawyer
Chgo, IL. 60638

6

Revised 9/2007

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judg | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0586 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Terrell Jones (2007-0057770) v. Lt. Dahmen, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summonses for Cook County Jail Officers Monroe and Harris. The United States Marshal is again directed to serve these defendants with plaintiff's complaint. The clerk shall forward a copy of this order to the Cook County Department of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608.

■ [For further details see text below.]     Docketing to mail notices.

## STATEMENT

The Clerk shall issue alias summonses for Cook County Jail Officers Monroe and Harris. The United States Marshal is again directed to serve these defendants with plaintiff's complaint. The Marshal is directed to make all reasonable efforts to serve these defendants, and may use the information provided in the complaint to locate them. Officials at Cook County Jail are directed to assist in locating these defendants, who the plaintiff indicates were assigned to Division 11 with the other defendant officers on September 16, 2005. If Officers Harris or Monroe no longer work at Cook County Jail, jail officials shall furnish the Marshal with the defendants' last-known address. The information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise); shall be retained only by the Marshal; and shall neither be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service for these defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. If the Marshal is still unable to serve these defendants, and neither the plaintiff nor counsel for the other defendants are able to provide additional information for service of this defendant, *see Donald v. City of Chicago Sheriff*, 95 F.3d 548, 555-56 (7th Cir. 1996); *Billman v. Indiana Dept. of Corrections*, 56 F.3d 785, 789-90 (7th Cir. 1995), these defendants may be dismissed from this suit. *See* Fed. R. Civ. P. 4(m).

isk

Page 1 of 1